BENJAMIN SCHWARTZ, Appellant, v. " PHILIP " VIDERS, etc., Respondent.— Motion to extend time to perfect appeal denied, with ten dollars costs. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

CLARA SINGER, as Administratrix, etc., of MAX SINGER, Deceased, Respondent, v. T. A. GILLESPIE COMPANY, Appellant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ADA SLOTE, Appellant, v. JOE COOPER and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Kelly, P. J., Young, Kapper and Lazansky, JJ., concur; Hagarty, J., taking no part.

AMPEL & SHMISMAN DEVELOPMENT CORPORATION, Respondent, v. JACK DUVAL, Appellant.— Final order of the County Court of Nassau county, reversing order of justice of the peace of the town of Hempstead and awarding possession of premises to landlord, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ALICE J. BABCOCK, Respondent, v. AUGUSTINE E. STRAUB, Appellant.— Order denying motion to change place of trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

LOUIS BESDINE and Others, Respondents, v. THE BROOKLYN CITY RAILROAD COMPANY, Defendant. JOHN BENNINGTON, Appellant.— Order denying motion to modify notice of examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

JOSEPH CANEPI CONTRACTING CO., INC., Respondent, v. CITY OF YONKERS, Appellant.— Order granting plaintiff's motion for inspection and discovery affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

CATHERINE JANE CHISHOLM, as Administratrix, etc., of ROBERT MURRAY, Deceased, Respondent, v. TOWN OF SMITHTOWN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

IAN ROBERT WILLIAM CHISHOLM, an Infant, by CATHERINE JANE CHISHOLM, His Guardian ad Litem, Respondent, v. TOWN OF SMITHTOWN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

CATHERINE JANE CHISHOLM, Respondent, v. TOWN OF SMITHTOWN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

THE COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of FRIEDA BRAUN, Respondent, v. JOSEPH SALENDINO, Appellant.— Order of filiation of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

BERTHA FIDELMAN, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly P. J., Young, Kapper, Lazansky and Hagarty, JJ.